U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 JUN 17 2015

PRESORTED
FIRST CLASS

7871123008

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: WR-78,518-03

JESSIE ALAN HUCKEL
POWLEDGE UNIT - TDC # 1760219
1400 FM 3452
PALESTINE, TX 75882